IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL PHILLIPE SCOTT,

      Petitioner,                      No. CIV S-09-2830 GGH P

   vs.

JOHN W. HAVILAND, Warden,

      Respondent.                   ORDER

_____/

        By order, filed on November 23, 2010, petitioner was granted a final opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee of $5.00 within twenty-eight days. See 28 U.S.C. §§ 1914(a); 1915(a). According to a November 30, 2010, entry in the case docket, petitioner discharged his filing fee obligation by submitting the $5.00 filing fee.  Respondent's obligation to file an answer was suspended in the form of a twenty-eight day extension, in the November 23rd order, from the time the court determined that petitioner had discharged his filing fee obligation, should that occur.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner has discharged his filing fee obligation by payment of the filing fee; and

\\\\\

1

      2. Respondent must file an answer to the petition within twenty-eight days of the date of this order.

DATED: December 13, 2010

                                              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
scot2830.ord